UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| E. BRUCE NANGLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:97CV1152 CDP |
| ) | |
| LEROY J. LAUER, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Plaintiffs have moved to revive the judgment in this case. A judgment may be revived by order of the court, pursuant to a motion for revival, if that motion is made within ten years after the entry of the judgment. Mo. R. Civ. P. 74.09. This court entered judgment against defendant Leroy J. Lauer on November 21, 2002.

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 69(a)(1) and Mo. R. Civ. P. 74.09, that defendant **Leroy J. Lauer**, or his successors in interest or legal representatives, shall show cause, within **fourteen (14) days** of the date of this order, why this judgment should not be revived.

**IT IS FURTHER ORDERED** that the clerk shall mail this order to defendant **Leroy J. Lauer**, at **853 Kings Gate Drive, O'Fallon, Missouri**, **63368, in addition to serving it on all counsel of record.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this <u>21st</u> day of <u>January</u>, 2009.